FILED

13 JUL 29 AM 10: 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DALVIN C. YARBROUGH, Aka "GDRU", Defendant. | MAGISTRATE CASE NO. ____ COMPLAINT FOR VIOLATION OF: Title 18 U.S.C. §1591- Sex Trafficking of a Minor |

'13 MJ 2880

The undersigned Complainant, being duly sworn, states:

On or about July 26-27, 2013, within the Southern District of California, and in and affecting interstate and foreign commerce, defendant DALVIN YARBROUGH, did knowingly recruit, entice, harbor, transport, provide, obtain and maintain a person, to wit: a female minor (age – 17) knowing and in reckless disregard of the fact that the person (1) would be caused to engage in a commercial sex act; and (2) having a reasonable opportunity to observe the person and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years; in violation Title 18, United States Code, Section 1591.

///

///

///

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Detective Eric Drilling
San Diego Police Department
Special Deputy-U.S. Marshal

Sworn to me and subscribed in my presence this 29th day of July 2013.

U.S. MAGISTRATE JUDGE

**STATEMENT OF FACTS**

On July 27, 2013, SDPD Vice Team conducted an "incall" operation at the Heritage Inn in La Mesa. Det. Serrano found an online ad on backpage.com advertising a female for prostitution. The girl was later identified as a minor female ("MF" age 17). A date was set up at the Heritage Inn hotel. Detectives arrived at the hotel to set up surveillance for the operation. Once surveillance was established, Detective Serrano contacted MF. She instructed Detective Serrano to meet her on the third floor of the hotel. After Detective Serrano started walking to meet MF, I saw Dalvin Yarbrough and a 17 year old companion (Tashanna H.) walking down the stairs of the hotel. Yarbrough and Tashanna H. then sat down in the pool area. They were not dressed in bathing suit attire.

Detective Serrano searched for MF but could not find her. He returned back to

his vehicle and saw a text message from her stating she was uncomfortable and didn't want to go through with the meeting. After Detective Serrano returned to his vehicle, Yarbrough and Hill left the pool area and walked towards MF'S room. Shortly after Detective Serrano was turned down by MF, Detective Haughey called MF's online ad posing as another "John." Like her prior instruction, MF instructed Detective Haughey to come to the third floor and meet her. Detective Haughey walked up to the third floor and met with MF.

As he did so, Dalvin Yarbrough and Tashanna H. came down the stairs once again and walked over to the laundry room. Inside the hotel room where MF was located, she agreed to perform oral and vaginal sex with the Detective for $140. MF was arrested for prostitution. I spoke to MF once she was admonished and agreed to speak. MF told me Yarbrough knew she was conducting prostitution and obtained the room for her because she didn't have an ID.

Detective Avera contacted Yarbrough inside the laundry room after MF was arrested. On July 27, 2013, at approximately 8:00 p.m., Yarbrough was arrested for assisting MF with prostitution. He was transported to SDPD for an interview. After he was read his Miranda rights, which he waived, Yarbrough claimed he was a gang associate who goes by the name "GDRU" (Gangster Dalvin Piru). Yarbrough stated he was helping MF out because she is the younger sister of a gang member in his gang set (Skyline Piru). Yarbrough has known MF for one year. He said that on July 26,

MF asked Yarbrough to get her a room to conduct prostitution. MF gave Yarbrough cash to pay for the room. Yarbrough obtained a hotel room for MF with her cash and went with her to purchase a credit card to pay for escort ads on backpage.com. Yarbrough provided MF his cell phone to take photos of herself in lingerie for her ads. A search of Yarbrough's cell phone revealed that his internet browser was opened to MF's escort ads on redbook.com and backpage.com. Yarbrough acknowledged MF was using his phone to check on her ads and using his email account to send the photos she took of herself in lingerie to the escort websites.